DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TREVOR STEVEN SUMMERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3387

_____

August 23, 2024

Appeal from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

Andrea Flynn Mogensen, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.